Bambi Williams
P. O. Box 165
Camden, Texas  75934-0165
Email: tmintegrity@icloud.com
Phone: 936 215 2153

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS
### Houston Division

Bambi Williams, Plaintiff

versus

William Marsh Rice University, Defendant

United States Courts
Southern District of Texas
FILED

MAR 05 2015

David J. Bradley, Clerk of Court

Civil Action 4:14-cv-03005

Designation: Affidavit Not Notarized Regarding Ex Parte Motion for a Continuance of & Adjudication on the Service of Initial Process

Statement of Character: Plaintiff Bambi Williams' affidavit regarding Ex Parte Motion for a Continuance of & Adjudication on the Service of Initial Process

## Affidavit Not Notarized Regarding Ex Parte Motion for a Continuance of & Adjudication on the Service of Initial Process

I, Bambi Williams, administer this testimony regarding the delivery of the motion designated as Ex Part Motion for a Continuance of & Adjudication on the Service of Initial Process.

I make this declaration to the court under penalty of perjury.

1. The motion designated as Ex Parte Motion for a Continuance of & Adjudication on the Service of Initial Process was initially mailed on February 19, 2015 via the United States Postal Service.

2. On February 27, 2015, I found by the court that the motion had not been filed.

3. A copy of the motion has been prepared to be mailed on March 2, 2015 via the United States Postal Service for delivery to the court.

I CERTIFY by signature that the information stated herein this document has been personally administered, and I give testimony of its accuracy.

DATE: March 2, 2015

SIGNATURE: *Bambi Williams*
Bambi Williams, Plaintiff

# Certificate of Service for Affidavit Not Notarized Regarding Ex Parte Motion for a Continuance of & Adjudication on the Service of Initial Process

This document was not served upon the defendant as the defendant has not yet been summoned within this civil action.

Date of Signature:   March 2, 2015

Signature:   *Barbi Williams*

Bambi Williams, Plaintiff

REFERENCE:   Civil Action 4:14-cv-03005