United States District Court
Southern District of Texas
**ENTERED**
August 17, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BAMBI WILLIAMS, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:14-CV-3005 |
| WILLIAM MARSH RICE UNIVERSITY, | § § § | |
| Defendant. | § | |

## ORDER

As detailed on the record at this Court's August 16, 2017 hearing, this case is HEREBY DISMISSED under Federal Rule of Civil Procedure 41(b) for the Plaintiff's failure to prosecute the case. From February 17, 2016 to July 5, 2017, Plaintiff failed to file a single notice or motion on the record. Further, Plaintiff failed to appear at both the July 21, 2017 Initial Conference, and the August 16, 2017 Status Conference set to give Plaintiff an opportunity to explain her absence at the July 21, 2017 Initial Conference. Based on Plaintiff's failure to prosecute outlined above, dismissal is appropriate.

It is so ORDERED.

AUG 1 7 2017
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge